# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN DEL WILLIAMS,<br><br>    Defendant. | 2:12-CR-420-JCM-(PAL) |

## ORDER OF FORFEITURE

On March 4, 2013, defendant BRYAN DEL WILLIAMS pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Counts One and Two with Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment and Plea Agreement. Criminal Indictment, ECF No. ___. Plea Agreement, ECF No. ___.

This Court finds that BRYAN DEL WILLIAMS shall pay a criminal forfeiture money judgment of $450,000.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRYAN DEL WILLIAMS a criminal forfeiture money judgment in the amount of $450,000.00 in United States Currency.

DATED this 18th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE