RECEIVED
FILED — SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

SEP -9 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:12-CR-420-JCM-(PAL)<br>) |
| BRYAN DEL WILLIAMS, | )<br>) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on March 20, 2013, that BRYAN DEL WILLIAMS shall pay a criminal forfeiture money judgment of $450,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 24; Plea Agreement, ECF No. 25; Order of Forfeiture, ECF No. 26.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRYAN DEL WILLIAMS a criminal forfeiture money judgment in the amount of $450,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this ____ day of Sept, 2013.

_____
UNITED STATES DISTRICT JUDGE